IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICA MORRIS                                                                                    PLAINTIFF

VS.                                    CASE NO. 3:17CV00020 PSH

NANCY A. BERRYHILL, Commissioner,
    Social Security Administration                                          DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 17th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE